1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

10  UNITED STATES OF AMERICA,

11       Plaintiff,                                    Case No. 2:95-cr-00110-LDG

12  v.                                                 **ORDER**

13  RANDY WARREN HALE,

14       Defendant.

15

16       Having read and considered the papers and arguments submitted by the parties,

17       THE COURT **ORDERS** that Defendant's Motion for Early Termination of Supervised

18  Release (#102) is DENIED.

19       DATED this _____ day of April, 2014.

20

21                                                     _____
                                                       Lloyd D. George
22                                                     United States District Judge

23
24
25
26